# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMENIC FLORIO,** : | |
|    Petitioner, : | |
| : | |
|    v. : | **CIVIL ACTION NO. 96-CV-7128** |
| : | |
| **SUPERINTENDENT DONALD** : | |
| **VAUGHN,** *et al.,* : | |
|    Respondents. : | |

# ORDER

**AND NOW**, this 11th day of February, 2021, in consideration of Domenic Florio's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b), it is **ORDERED**:

1. The Motion (Document 28) is **DISMISSED** for lack of jurisdiction for the reasons set forth in the accompanying Memorandum.

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                                               **BY THE COURT:**

                                               /s/ Juan R. Sánchez
                                               **JUAN R. SÁNCHEZ, C.J.**